Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST CHOICE PAYMENT SOLUTIONS GP d/b/a SEKURE COST REVIEW, INC., and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:20-cv-07030 GW (SKx) |

## **NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**

Now comes the Plaintiff, Terry Fabricant, by and through his attorneys, and respectfully requests this Honorable Court enter an order dismissing this action without prejudice as to both Plaintiff's individual claims and the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not

yet filed an answer.

Dated: August 11, 2020

                                         Respectfully submitted,

                    **THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

                           By: <u>/s/ Todd M. Friedman</u>
                              TODD M. FRIEDMAN, ESQ.
                              ATTORNEY FOR PLAINTIFFS

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On August 11, 2020, I served a true copy of the NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on August 11, 2020, at Woodland Hills, CA

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      TODD M. FRIEDMAN, ESQ.
      ATTORNEY FOR PLAINTIFFS